FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

J&6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO GUTIERREZ, | ) | NO. CV 05-3602-SVW (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOSEPH WOODRING, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for want of prosecution, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-6.

DATED: _____5/12/08_____.


_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE